

# HEPWORTH, GERSHBAUM & ROTH, PLLC.
192 LEXINGTON AVENUE, SUITE 802, NEW YORK, NEW YORK 10016
HGRLAWYERS.COM T: (212) 545-1199 F: (212) 532-3801

December 8, 2017

*Via ECF Only*
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:   *Ortiz v. HF Management Services, LLC*
             1:17-cv-04560

Dear Judge Schofield:

     This firm represents Plaintiff Ortiz in the above-referenced wage and hour matter. We write to request an adjournment of the December 12, 2017 oral argument and evidentiary hearing associated with Plaintiff's motion for leave to file a third amended complaint. S*ee* Dkt. No. 44.

     Ms. Ortiz is out of the country until December 20, 2017 and has to return to the Dominican Republic to finalize probate proceedings for a family member's estate on January 5, 2018. Ms. Ortiz respectfully requests that the Court adjourn the evidentiary hearing to a date that she can attend.

     Plaintiff contacted Defendant HF Management Services, LLC ("Healthfirst") who indicated that given Plaintiff's unavailability next week, Healthfirst does not oppose a reasonable adjournment of the evidentiary hearing to a date on which it is available to participate. Should the Court adjourn the evidentiary hearing, Healthfirst respectfully requests that the Court similarly adjourn the conference in the *Thind* matter, which the Court scheduled at the same time as the evidentiary hearing, for purposes of efficiency.

     Plaintiff Ortiz takes no position regarding the proceedings in *Thind.* Defendant advised that they are not available on any date, currently proposed by Plaintiff, meaning between December 20, 2017 and January 5, 2017. Ms. Ortiz is in the process of identifying alternate dates, but is writing today to comply with the Court's rules and to ensure that the Court has as much notice as possible concerning her adjournment request.

      We thank the Court for its courtesy.  Should the Court have questions or concerns, please do not hesitate to contact the undersigned.

                                Respectfully submitted,

                                Rebecca S. Predovan, Esq.

C:      Counsel of Record (*via ECF*)