UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JUANA ORTIZ, on behalf of herself and all :
others similarly-situated, :
                          Plaintiff, :
                                :   17 Civ. 4560 (LGS)
            -against- :
                                :   <u>ORDER</u>
HEALTHFIRST MANAGEMENT SERVICES, :
LLC, d/b/a HEALTHFIRST :
                         Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on November 21, 2017, Defendant's motion to dismiss the Second Amended Complaint was granted, and the Court scheduled an evidentiary hearing regarding Plaintiffs' motion for leave to file the proposed third amended complaint;

      WHEREAS, Plaintiffs' counsel filed a letter on February 5, 2018, stating that she intended to file a motion to withdraw as Named Plaintiff Juana Ortiz's counsel because of Ortiz's refusal to comply with the Court's order that she attend the evidentiary hearing. Counsel further stated that Ortiz had not communicated with counsel in about a month;

      WHEREAS, on February 6, 2018, a conference was held, and for the reasons stated at the conference, Plaintiffs' motion for leave to file the proposed third amended complaint was denied;

      WHEREAS, the Order dated February 6, 2018, required Plaintiffs' counsel to file a letter, on or before February 13, 2018, stating whether she had identified a substitute named plaintiff from amongst the opt-in plaintiffs, and withdrawing as Ortiz's counsel;

      WHEREAS, Plaintiffs' counsel failed to file the letter;

      WHEREAS, there is no operative pleading in this case, and Ortiz has failed to participate in the prosecution of the case, or to comply with the Court's orders. It is hereby

**ORDERED** that the case is dismissed without prejudice to the opt-in plaintiffs' filing individual actions against Defendant Healthfirst Management Services, LLC.  The Clerk of Court is directed to close the case.

Dated: February 14, 2018
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**